**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| CHERYL BUSTAMENTE, | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-02158-JCM-VCF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| EUGENE BURGER MANAGEMENT CORPORATION, | ) | |
| Defendants. | ) | |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1.      The ENE Conference, currently scheduled for June 13, 2013, at 1:30 p.m. before the undersigned, is **VACATED** and **ADVANCED** to **June 11, 2013,** at **1:30 p.m.,** in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2.      The deadline for chambers to receive the confidential settlement conference statements, currently due June 6, 2013, is **VACATED** and **ADVANCED** to be received in chambers, Room 3071, not later than **4:00 p.m., June 4, 2013.**

Dated this 28th day of May, 2013.

Peggy A. Leen
United States Magistrate Judge